Certificate Number: 05781-VAE-DE-041414399

Bankruptcy Case Number: 26-32533

05781-VAE-DE-041414399

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 7, 2026, at 8:49 o'clock AM PDT, Lantaya Silver completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Virginia.

Date: September 7, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President